# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

Bridget M. McCormack,
Chief Justice

158372

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

YVETTE M. CORMIER,
        Plaintiff-Appellee,

v

SC: 158372
COA: 331286
Midland CC: 15-002463-NZ

PF FITNESS-MIDLAND, LLC,
        Defendant-Appellee,

and

PLA-FIT FRANCHISE, LLC,
        Defendant-Appellant,

and

PLANET FITNESS HOLDINGS, LLC,
PLANET FITNESS EQUIPMENT, LLC,
PLANET FITNESS NAF, LLC, PFIP, LLC,
and TSG CONSUMER PARTNERS, LLC,
        Defendants.
_____/

     On order of the Court, the application for leave to appeal the July 26, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a0325

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



Clerk